AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | Case No. 3:25-mj- 1093-LLL |
| PONCIANO NUNEZ-MARTINEZ | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 18, 2025, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about April 23, 1999, and December 11, 2015,

in violation of 8 U.S.C. § 1326. I further state that I am a Supervisory Detention and Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes  ☐ No

_____
Signature of Complainant
Brian M. Rothermel

Sworn to before me and subscribed in my presence,

on February 19, 2025          at     Jacksonville, Florida

LAURA LOTHMAN LAMBERT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Brian M. Rothermel, being a duly sworn and appointed Supervisory Detention and Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Supervisory Detention and Deportation Officer for ICE for over three years. Previously, your affiant was a Deportation Officer and Immigration Enforcement Agent for over fourteen years. Your affiant has training and experience in the enforcement of the Immigration and Nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On February 18, 2025, Deportation Officer Juan Hernandez, with the assistance of FBI agents, arrested an individual who identified himself as PONCIANO NUNEZ-MARTINEZ during a vehicle stop on Whitmore Drive, in St. Augustine, St. Johns County, Florida. During the encounter, NUNEZ-MARTINEZ stated that he was born in Mexico on a date in August 1974. Deportation Officer Hernandez relayed this information to your affiant and your affiant ran immigration database checks for a Mexican citizen named PONCIANO NUNEZ-MARTINEZ. The database checks showed no record that a Mexican citizen with that name had ever been legally admitted into the United States.

3. NUNEZ-MARTINEZ was transported to the ICE District Office in Jacksonville for administrative immigration processing. During processing, Deportation Officer Hernandez entered NUNEZ-MARTINEZ's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of persons who had been previously encountered by immigration authorities. The system returned a match and reflected that NUNEZ-MARTINEZ had been previously encountered and had been assigned an Alien Registration number ("A-number"). Your affiant then conducted additional database checks using the A-number and the records reflected that NUNEZ-MARTINEZ is a citizen of Mexico who has been previously deported or removed from the United States to Mexico on two occasions: on April 23, 1999, through Brownsville, Texas, and on December 11, 2015, through Laredo, Texas.

4. On February 18, 2025, your affiant reviewed the Alien Registration file ("A-file") for NUNEZ-MARTINEZ. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that NUNEZ-MARTINEZ was previously removed from the United States to Mexico on two occasions, as stated above. The A-file contained no record that NUNEZ-MARTINEZ had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last removal.

8. Based upon the foregoing facts, your affiant believes there is probable cause to establish that PONCIANO NUNEZ-MARTINEZ is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of 8 U.S.C. § 1326.

_____
Brian M. Rothermel
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

Sworn to and subscribed before me this 19th day of February 2025.

_____
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

3